THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VOEUTH CHETH,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN, *Acting Commissioner of Social Security*,<br><br>                    Defendant. | CASE NO. C12-1744-JCC<br><br>ORDER REMANDING CASE |

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the plaintiff's complaint, the parties' briefs, and the balance of the record, hereby finds and ORDERS:

1) The Court ADOPTS the Report and Recommendation (Dkt. No. 19);

2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Court's instructions.

3) The Clerk is respectfully directed to send copies of this Order to the parties and to Judge Tsuchida.

//
//
//

1    DATED this 12th day of October 2013.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER REMANDING CASE
PAGE - 2